UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CAMILA BORGES WILIAMS,

        Plaintiff,

v.                                 CASE NO. 3:25-cv-1113-MMH-SJH

KBR SERVICES, LLC, et al.

        Defendants.

_____/

## ORDER

On March 16, 2026, the Court entered an Order ("Prior Order"), Doc. 46, in which it directed Defendant Ronald Nicholson to file an amended response to Plaintiff's amended complaint ("Amended Complaint"), Doc. 19, that complied with the Court's instructions, the Local Rules, and the Federal Rules of Civil Procedure ("Rule(s)").

In response, Mr. Nicholson filed a *pro se* amended answer ("Amended Answer"). Doc. 47. Though the Amended Answer corrects certain of the deficiencies noted in the Prior Order, it does not correct all of them.

As the Prior Order stated:

> The amended response must be served on every other party and include a certificate of service in compliance with Rule 5. *See* Fed. R. Civ. P. 5(d)(1)(B); Doc. 45 at 3. The amended response must also be properly signed in accordance with Rule 11. *See* Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed by … a party personally if the party is unrepresented. The paper must state the signer's address, e-mail address, and telephone number."). In addition, the amended response must adhere to the typography requirements of Local

Rule 1.08. The Local Rules are available at the Clerk's office or online at https://www.flmd.uscourts.gov/local-rules.

Doc. 46 at 4.

However, the Amended Answer does not include a certificate of service in compliance with Rule 5;[1] does not contain the signer's address, e-mail address, and telephone number, as required by Rule 11; and does not adhere to the typography requirements of Local Rule 1.08. Given Mr. Nicholson's *pro se* status and his compliance otherwise with the Prior Order, the Court will not again require repleader in this specific instance. *See* Fed. R. Civ. P. 1; Local Rule 1.01.

Mr. Nicholson is **cautioned**, however, that future filings **must** fully comply with the Rules and the Local Rules. Without limitation, his filings must include a certificate of service in compliance with Rule 5,[2] must include his signature and *all* the information required by Rule 11 (including his address, e-mail address, and telephone number), and must comply with Local Rule 1.08.[3]

---

[1] The Court notes that the Amended Answer was nevertheless sent via CM/ECF to counsel of record.

[2] Additional instructions for complying with Rule 5 can be found in the Notice to Pro Se Party, entered March 16, 2026. Doc. 45 at 2-3 ("All documents that you file with the Court must include …a certificate of service certifying that you sent the document to the other party and specifying the date that you sent the document, how you sent the document (for example, by United States Mail or hand delivery), and the address to which you sent the document.").

[3] Local Rule 1.08 is available at https://www.flmd.uscourts.gov/local-rules/rule-108-form-pleading-motion-or-other-paper.

2

**DONE AND ORDERED** in Jacksonville, Florida, on March 31, 2026.

Samuel J. Horovitz
United States Magistrate Judge

Copies to:
Counsel of Record
*Pro Se* Party

3